## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: STIMWAVE TECHNOLOGIES INC., *et al.*, ) | Chapter 11 |
| ) | |
| Debtors. ) | Bankruptcy No. 22-10541 (TMH) |
| ) | |
| ) | |
| BRANDYN PERRYMAN and LAURA ) | |
| PERRYMAN, ) | |
| ) | |
| Appellants, ) | |
| v. ) | Civ. No. 24-1320 (JLH) |
| ) | |
| STIMWAVE TECHNOLOGIES INC., *et al.*, ) | |
| ) | |
| Appellees. ) | |

### ORDER

At Wilmington this 3rd day of February 2025, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court; and having reviewed the request (D.I. 4) filed by appellant Laura Perryman, which does not oppose the recommendation but seeks additional time for briefing to accommodate mailing delays:

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **April 3, 2025.**

2. Appellees' brief in opposition to the appeal is due on or before **May 2, 2025.**

3. Appellants' reply brief is due on or before **June 16, 2025.**

_____
The Honorable Jennifer L. Hall
United States District Judge